UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-20645-CIV-MORENO

EDUARDO GONZALEZ,

    Plaintiff,

vs.

JULIE JONES, Secretary of the Florida Department of Corrections,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND GRANTING PETITION FOR A WRIT OF HABEAS CORPUS**

This case was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on Eduardo Gonzalez's petition for a writ of habeas corpus. Magistrate White recommended granting Mr. Gonzalez's petition as to Count 13, in which Mr. Gonzalez complains of a violation of his constitutional right to be free from double jeopardy. The Court has reviewed the entire file and record, and the Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. Being otherwise fully advised in the premises, it is

ADJUDGED that United States Magistrate Judge Patrick A. White's Report and Recommendation is AFFIRMED and ADOPTED. Accordingly, it is adjudged that Mr. Gonzalez's petition for a writ of habeas corpus is GRANTED as to his double jeopardy claim in Count 13. The Court will not issue a certificate of appealability for this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of ~~August~~ September, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record